SPRINGFIELD NATIONAL BANK, Respondent, v. EDWARD N. BREITUNG and Others, Appellants, and Others, Defendants.— Order affirmed and

stay vacated, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.